798

No. 462. KNIGHT v. BAR ASSOCIATION OF THE CITY OF NEW YORK. December 13, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. MR. JUSTICE MURPHY is of opinion that certiorari should be granted. *Richard A. Knight, pro se. Mr. John T. Cahill* for respondent.

No. 479. GORDON ET AL. v. UNITED STATES. December 13, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Eugene Vincent Clarke* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 299. MARS, INCORPORATED, v. BOWLES, PRICE ADMINISTRATOR. December 20, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Claude R. Miller* and *Robert B. Holland* for petitioner. *Solicitor General Fahy* and *Messrs. Paul A. Freund* and *Thomas I. Emerson* for respondent.

No. 469. OIL CITY REFINERS, INC. v. SOCONY-VACUUM OIL CO., INC.; and

No. 503. SOCONY-VACUUM OIL CO., INC. v. OIL CITY REFINERS, INC. December 20, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Albert R. Teare* for Oil City Refiners, Inc. *Mr. John J. Manning* for Socony-Vacuum Oil Co., Inc. Reported below: No. 469, 136 F. 2d 470; No. 503, 137 F. 2d 569.